# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RICHARD BOWER**  **PLAINTIFF**
**ADC #144498**

v.  No. 4:23-cv-01167-LPR-ERE

**ADC, et al.**  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 12). After the PRD was entered, Plaintiff filed a responsive Notice, which the Court construes as Plaintiff's Objections to the PRD (Doc. 14). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims against the ADC, and his official capacity claim for money damages against Defendant Childs, are DISMISSED without prejudice.[1] The Clerk is instructed to terminate ADC as a party Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] In a separate Order, Judge Ervin found that Plaintiff's individual capacity excessive force claim against Defendant Childs should proceed and ordered service of that claim. Order (Doc. 13).