IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD BOWER**  **PLAINTIFF**
ADC #144498

v.                    Case No: 4:23-cv-01167-LPR

**FREDDY CHILDS,** *Officer,*
*Cummins Unit, ADC*  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 32) and the Plaintiff's Objections (Doc. 33). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendant's Motion for Summary Judgment (Doc. 24) is GRANTED. Plaintiff's excessive force claim against Defendant Childs is DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of January 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] To the extent the Amended Complaint could be read to allege that prison officials prevented Plaintiff from properly completing the grievance and appeal process, Plaintiff provided no facts to support this allegation in the summary judgment process. And Plaintiff's Objections to the RD discuss facts occurring after the filing of the Complaint, which are not relevant to the RD's analysis.